**Fill in this information to identify the case:**

Debtor name    **Vanguard of Memphis, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    **3:16-bk-03318**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 25, 2016**      X **/s/ John T. Fick**
                                           Signature of individual signing on behalf of debtor

                                           **John T. Fick**
                                           Printed name

                                           **Chief Financial Officer**
                                           Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name    **Vanguard of Memphis, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    **3:16-bk-03318**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................    $     **14,300,889.80**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................    $     **1,049,365.30**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $     **15,350,255.10**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     **79,903,005.33**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     **239,773.76**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$     **865,507.49**

4.    Total liabilities ......................................................................................................
    Lines 2 + 3a + 3b    $     **81,008,286.58**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Vanguard of Memphis, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  **3:16-bk-03318**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pinnacle** | **Checking** | 6422 | **$13,118.10** |
| 3.2. | **Pinnacle** | **Checking** | 8454 | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                              **$13,118.10**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:       Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **2006 Beginning Balance** | **$53,652.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Debtor  **Vanguard of Memphis, LLC**
Name

Case number *(If known)*  **3:16-bk-03318**

| | | |
|---|---|---|
| 8.1. | **Curaspan-Patient Transition Network** | $2,250.00 |
| 8.2. | **Beacher Carlson-Property Insurance** | $2,239.01 |
| 8.3. | **Beacher Carlson-Patient Trust Bond** | $2,900.00 |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$61,041.01

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:     **634,303.00**  -  **0.00**  = ....   $634,303.00
face amount          doubtful or uncollectible accounts

11b. Over 90 days old:     **327,395.00**  -  **324,561.00**  =....   $2,834.00
face amount          doubtful or uncollectible accounts

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$637,137.00

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

Debtor    **Vanguard of Memphis, LLC**          Case number *(If known)*   **3:16-bk-03318**
Name

| Nursing, Drugs, Food, HSKP Supplies, Laundry and Linen | | $36,258.25 | | $36,258.25 |
| --- | --- | --- | --- | --- |

23. **Total of Part 5.**

    Add lines 19 through 22. Copy the total to line 84.          $36,258.25

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ■ Yes. Book value    36258.25   Valuation method   **Cost**    Current Value    36258.25

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.

    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture**<br>**Miscellaneous Office Furniture** | $7,484.65 | | $7,484.65 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Miscellaneous Office Equipment** | $294,326.29 | | $294,326.29 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.          $301,810.94

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Vanguard of Memphis, LLC | Case number *(If known)* 3:16-bk-03318 |
| | Name | |

☐ No
■ Yes

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.       Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **107 Miller Drive, Repley, WV  25271** | Owner | $0.00 | Appraisal | $14,300,889.80 |

**56.       Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| $14,300,889.80 |

**57.       Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.       Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
■ Yes

### Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.       Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.       Internet domain names and websites** | | | |
| **62.       Licenses, franchises, and royalties**<br>**State Facility Operating Licenses** | $0.00 | | $0.00 |

| Debtor | **Vanguard of Memphis, LLC** | Case number *(If known)* **3:16-bk-03318** |
|---|---|---|
| | Name | |

| **Medicare/Medicaid Provider Numbers** | $0.00 | $0.00 |
|---|---|---|
| **Medicaid Nursing Home License** | $0.00 | $0.00 |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

| | $0.00 |
|---|---|

   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **Vanguard of Memphis, LLC**            Case number *(If known)*   **3:16-bk-03318**
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $13,118.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $61,041.01 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $637,137.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $36,258.25 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $301,810.94 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $14,300,889.80 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | +     $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,049,365.30 | + 91b.   $14,300,889.80 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $15,350,255.10 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Case 3:16-bk-03318    Doc 13    Filed 05/25/16    Entered 05/25/16 16:54:24    Desc Main
Document      Page 8 of 32

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Vanguard of Memphis, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF TENNESSEE</td></tr>
<tr><td>Case number (if known)</td><td><strong>3:16-bk-03318</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Healthcare Financial Solutions, LLC**<br><br>Creditor's Name<br>**c/o Quarles & Brady Renaissance One, 2 N. Central Ave. Phoenix, AZ 85004-2391**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**07/29/2011**<br>**Last 4 digits of account number**<br>**4378**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Substantially all property**<br><br><br>Describe the lien<br>**Mortgages and Financing Statements**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$73,912,238.33** | **$135,200,000.00** |
| **2.2 Healthcare Financial Solutions, LLC**<br>Creditor's Name<br>**c/o Quarles & Brady Renaissance One, 2 N. Central Ave. Phoenix, AZ 85004-2391**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**07/31/2012**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**Accounts, Chattel Paper, Deposit Accounts, Other Personal Property**<br><br><br>Describe the lien<br>**Revolving Line of Credit**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | **$5,990,767.00** | **$7,048,501.00** |

| Debtor | **Vanguard of Memphis, LLC** | Case number (if know) | 3:16-bk-03318 |
|--------|------------------------------|------------------------|---------------|
| | Name | | |

**0693**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $79,903,005.33 |

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Vanguard of Memphis, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    **3:16-bk-03318**

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**5/1/16-5/6/16 Payroll** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$49,460.47** | **$12,850.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Bureau of Tenncare<br>310 Great Circle Road, 4-East<br>Nashville, TN 37243** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$58,580.65** | **$58,580.65** |
| Date or dates debt was incurred<br>**4/1/16-4/30/16** | Basis for the claim:<br>**Provider Taxes** | | |
| Last 4 digits of account number **3845**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     53368     Best Case Bankruptcy

Case 3:16-bk-03318    Doc 13    Filed 05/25/16    Entered 05/25/16 16:54:24    Desc Main
Document     Page 11 of 32

| Debtor | **Vanguard of Memphis, LLC** | Case number (if known) | **3:16-bk-03318** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,518.28 | $1,518.28 |
|---|---|---|---|---|
| | **City of Memphis**<br>**P.O. Box 185**<br>**Memphis, TN 38101** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Personal Property Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,890.08 | $11,890.08 |
|---|---|---|---|---|
| | **Memphis City**<br>**125 North Main St., Rm 375**<br>**Memphis, TN 38103-2080** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Real Property Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95,520.69 | $12,850.00 |
|---|---|---|---|---|
| | **PTO** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,951.44 | $1,951.44 |
|---|---|---|---|---|
| | **Shelby County**<br>**P.O. Box 2751**<br>**Memphis, TN 38101** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Personal Property Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | Vanguard of Memphis, LLC | Case number (if known) | 3:16-bk-03318 |
|--------|--------------------------|------------------------|---------------|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,285.59 | $15,285.59 |
|-----|---|---|---|---|
| | **Shelby County** | *Check all that apply.* | | |
| | **157 Poplar Ave., 2nd Fl** | ☐ Contingent | | |
| | **Memphis, TN 38103** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Real Property Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,566.56 | $5,566.56 |
|-----|---|---|---|---|
| | **TN Dept. of Revenue** | *Check all that apply.* | | |
| | **500 Deaderick St.** | ☐ Contingent | | |
| | **Nashville, TN 37242** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**F&E Taxes**

Last 4 digits of account number **7656**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $372.54 |
|-----|---|---|---|
| | **ACCURATE HEALTHCARE INC** | ☐ Contingent | |
| | **493 CAVE ROAD** | ☐ Unliquidated | |
| | **NASHVILLE, TN 37210** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,138.27 |
|-----|---|---|---|
| | **ADP LLC** | ☐ Contingent | |
| | **PO BOX 842875** | ☐ Unliquidated | |
| | **BOSTON, MA 02284-2875** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.70 |
|-----|---|---|---|
| | **AIR GAS** | ☐ Contingent | |
| | **PO BOX 676015** | ☐ Unliquidated | |
| | **DALLAS, TX 75267-6015** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:16-bk-03318    Doc 13    Filed 05/25/16    Entered 05/25/16 16:54:24    Desc Main
Document    Page 13 of 32

| Debtor | Vanguard of Memphis, LLC | Case number (if known) | 3:16-bk-03318 |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,461.54 |
|---|---|---|---|

**ALLSCRIPTS**
**24630 NETWORK PLACE**
**CHICAGO, IL 60673-1246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84.37 |
|---|---|---|---|

**ALPINE BOTTLED WATER**
**PO BOX 342467**
**MEMPHIS, TN 38184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,447.50 |
|---|---|---|---|

**Ambassador Construction LLC**
**3127 Stonebrook Circle**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,535.26 |
|---|---|---|---|

**AMERICAN DATA**
**PO BOX 640**
**SAUK CITY, WI 53583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $697.17 |
|---|---|---|---|

**AMERICAN HEALTHTECH**
**PO BOX 12310**
**JACKSON, MS 39236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**ANGELA D. WATSON**
**14114 ASPEN LANE**
**OLIVE BRANCH, MS 38654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.40 |
|---|---|---|---|

**ASSURANT EMPLOYEE BENEFITS**
**P.O. BOX 842573**
**KANSAS CITY, MO 64184-2573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Vanguard of Memphis, LLC** | Case number (if known) | **3:16-bk-03318** |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,140.62** |
|---|---|---|---|

**AT&T**
**P.O. Box 105262**
**Atlanta, GA 30348-5262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$438.78** |
|---|---|---|---|

**AT&T Mobility**
**P.O. Box 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$790.00** |
|---|---|---|---|

**AVGUY.COM**
**535 SALMAR AVE SUITE F**
**CAMPBELL, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$903.41** |
|---|---|---|---|

**BAPTIST MEMORIAL HOSPITAL**
**P.O. BOX 1307**
**ATTN: ACCOUNTING DEPT**
**COLUMBUS, MS 39703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$142.52** |
|---|---|---|---|

**BD LOGISTICS**
**PO BOX 13481**
**SPRINGFIELD, IL 62791**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,436.98** |
|---|---|---|---|

**Beecher Carlson**
**Master Trust**
**P.O. Box 116531**
**Atlanta, GA 30368-6531**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$294,794.08** |
|---|---|---|---|

**BHC-LTC INSURANCE LTD.**
**DMS House 20 Genesis Close P.O. Box 1344**
**Grand Cayman, Cayman Islands**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-03318    Doc 13    Filed 05/25/16    Entered 05/25/16 16:54:24    Desc Main
Document     Page 15 of 32

| Debtor | **Vanguard of Memphis, LLC** | Case number (if known) | **3:16-bk-03318** |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $268.18 |
|---|---|---|---|

**BINSWANGER GLASS COMPANY**
**PO BOX 740209**
**ATLANTA, GA 30374-0209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352.25 |
|---|---|---|---|

**BIOTECH SYSTEMS**
**P.O. BOX 1707**
**PELHAM, AL 35124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.00 |
|---|---|---|---|

**BRANSON ELECTRIC**
**18 NORTH TUCKER**
**MEMPHIS, TN 38104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**BTW TRANSPORTATION**
**831 BULLINGTON AVE.**
**MEMPHIS, TN 38106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.00 |
|---|---|---|---|

**BUDGET PUMPING SERVICE, INC.**
**1162 MARSHALL ROAD**
**BRIGHTON, TN 38011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $419.54 |
|---|---|---|---|

**CAMPBELL CLINIC PC**
**PO BOX 848988**
**BOSTON, MA 02284-8988**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carol W. Napier, Asst. Regional Counsel**
**Dept. Health & Human Svcs**
**61 Forsyth St., SW, Ste 5M60**
**Atlanta, GA 30303-8909**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Personal Injury Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Vanguard of Memphis, LLC**
_____
Name

Case number (if known) **3:16-bk-03318**

| | |
|---|---|
| **3.25** | **Nonpriority creditor's name and mailing address** | $0.00 |

**Carrie E. Yancey**
**c/o Jehl Law Group PLLC**
**5400 Poplar Ave., Ste 250**
**Memphis, TN 38119**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Personal Injury Claims**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.26** | **Nonpriority creditor's name and mailing address** | $591.20 |

**CASS INFORMATION SYSTEMS INC**
**PO BOX 17617**
**CIS #92012**
**ST LOUIS, MO 63178**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.27** | **Nonpriority creditor's name and mailing address** | $15.38 |

**Cassand Dodson**
**5028 Misty River Rd.**
**Memphis, TN 38135**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.28** | **Nonpriority creditor's name and mailing address** | $177.02 |

**CHRIS PHILLIPS DISTRIBUTING, LLC**
**2040 MADISON AVE**
**MEMPHIS, TN 38104**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.29** | **Nonpriority creditor's name and mailing address** | $256.58 |

**CIT - CHICAGO**
**21146 Network Place**
**CHICAGO, IL 60673-1211**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.30** | **Nonpriority creditor's name and mailing address** | $1,753.22 |

**COMP BENEFITS INS. - CD**
**PO Box 219051**
**Kansaa City, MO 64121-9051**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.31** | **Nonpriority creditor's name and mailing address** | $1,534.12 |

**COMPBENEFITS - VS**
**PO Box 219051**
**Kansas City, MO 64121-9051**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:16-bk-03318    Doc 13    Filed 05/25/16    Entered 05/25/16 16:54:24    Desc Main
Document       Page 17 of 32

| Debtor | **Vanguard of Memphis, LLC** | Case number (if known) | **3:16-bk-03318** |
|---|---|---|---|
| | Name | | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$112.16** |
|---|---|---|---|

**COMPREHENSIVE MEDICAL LLC**
**648 WEST BROADWAY BLVD**
**WEST MEMPHIS, AR 72301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,000.00** |
|---|---|---|---|

**CONSOLIDATED MEDICAL STAFFING, INC**
**8 SOUTH EVERGREEN STREET**
**MEMPHIS, TN 38104-3919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,100.00** |
|---|---|---|---|

**COVIDIEN**
**P.O. BOX 120823**
**DALLAS, TX 75312-0823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,700.00** |
|---|---|---|---|

**CURASPAN HEALTH GROUP INC**
**DEPT 2869**
**PO BOX 122869**
**DALLAS, TX 75312-2869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$325.00** |
|---|---|---|---|

**DAKOTA CORP**
**3121 SANDBROOK**
**MEMPHIS, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95.12** |
|---|---|---|---|

**DELTA MEDICAL CENTER**
**3000 GETWELL**
**MEMPHIS, TN 38118-2205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,946.44** |
|---|---|---|---|

**DIRECT SUPPLY**
**BOX 88201**
**MILWAUKEE, WI 53288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanguard of Memphis, LLC** | Case number (if known) | **3:16-bk-03318** |
|---|---|---|---|
| | Name | | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316.77 |
|---|---|---|---|

**ECOLAB INSTITUTIONAL**
**PO BOX 9658**
**MINNEAPOLIS, MN 55440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $775.84 |
|---|---|---|---|

**ELDERSCRIPT SERVICES**
**144 S THOMAS STREET**
**STE 101-1**
**TUPELO, MS 38801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,800.00 |
|---|---|---|---|

**EMERGENCY MOBILE HEALTH CARE, LLC**
**PO BOX 382550**
**GERMANTOWN, TN 38183-2550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,791.25 |
|---|---|---|---|

**EMPLOYMENT SCREENING SERVICES**
**DEPT K**
**PO BOX 830520**
**BIRMINGHAM, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.45 |
|---|---|---|---|

**EPS PRINT SOLUTIONS, INC.**
**PO BOX 421008**
**ATLANTA, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89,818.62 |
|---|---|---|---|

**EVERGREEN REHABILITATION**
**PO BOX 890774**
**CHARLOTTE, NC 28289-0774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,073.44 |
|---|---|---|---|

**FEDERAL EQUIPMENT DEALERS INC**
**4800 SUMMER AVE**
**MEMPHIS, TN 38122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| | |
|---|---|
| Debtor **Vanguard of Memphis, LLC** | Case number *(if known)* **3:16-bk-03318** |
| Name | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $894.46 |
|---|---|---|---|

**FIRST CALL AMBULANCE SERVICE**
P.O. BOX 17345
NASHVILLE, TN 37217-0345
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _
Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,114.89 |
|---|---|---|---|

**GAMMA HEALTHCARE**
1717 WEST MAUD
POPLAR BLUFF, MO 63901
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _
Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**GENERAL PLUMBING CO.INC**
3104 BROAD AVENUE
MEMPHIS, TN 38112
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _
Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,157.34 |
|---|---|---|---|

**GRAINGER**
DEPT 856971130
PO BOX 419267
KANSAS CITY, MO 64141-6267
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _
Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,695.82 |
|---|---|---|---|

**HD SUPPLY FACILITIES MAINTENANCE LTD**
P.O. BOX 509058
SAN DIEGO, CA 92150-9058
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _
Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $117,385.71 |
|---|---|---|---|

**Healthcare Services Group, c/o Craig Hir**
Stevens & Lee
111 N. Sixth St.
Reading, PA 19603
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Basis for the claim: _
Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,246.04 |
|---|---|---|---|

**INTERNATIONAL BUSINESS SOLUTIONS ALLIANC**
PO BOX 752168
DAYTON, OH 45475
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _
Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Vanguard of Memphis, LLC** | Case number (if known) | **3:16-bk-03318** |
|---|---|---|---|
| | Name | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,107.27 |
|---|---|---|---|

**JOHNSTONE SUPPLY**
**3078 BROAD AVE**
**MEMPHIS, TN 38112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,147.88 |
|---|---|---|---|

**JUST MEDICAL INC**
**1071 JAMESTOWN BLVD D-6**
**WATKINSVILLE, GA 30677-4137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.10 |
|---|---|---|---|

**Life Insurance Company of America**
**P.O. Box 8500-110**
**Philadelphia, PA 19178-0110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,511.73 |
|---|---|---|---|

**LINDE GAS NORTH AMERICA**
**24963 NETWORK PLACE**
**CHICAGO, IL 60673-1249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**MANAGEMENT AND NETWORK SERVICE,**
**LLC**
**PO BOX 73996**
**CLEVELAND, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,380.00 |
|---|---|---|---|

**MATTHEW ELECTRICAL CONTRACTOR INC**
**2900 BROAD AVENUE**
**SUITE 1**
**MEMPHIS, TN 38112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,139.05 |
|---|---|---|---|

**MEDIC ONE MEDICAL RESPONSE**
**PO BOX 9150**
**PADUCAH, KY 42002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanguard of Memphis, LLC** | Case number (if known) | **3:16-bk-03318** |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,886.29 |
|---|---|---|---|
| | **MEDLINE INDUSTRIES INC**<br>**DEPT CH 14400**<br>**PALATINE, IL 60055-4400** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177.15 |
|---|---|---|---|
| | **METHODIST HEALTH CARE MEMPHIS**<br>**HOSPITALS**<br>**PO BOX 75947**<br>**CHARLOTTE, NC 28275-0947** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,364.55 |
|---|---|---|---|
| | **National Datacare Corporation**<br>**P O Box 222430**<br>**Chantilly, VA 20153-2430** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,178.72 |
|---|---|---|---|
| | **NOVACOPY**<br>**PO BOX 372 DEPT 200**<br>**MEMPHIS, TN 38101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|
| | **ON HOLD CONCEPTS INC**<br>**7121 27TH ST WEST**<br>**UNIVERSITY PLACE, WA 98466-4623** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.57 |
|---|---|---|---|
| | **PATTERSON MEDICAL**<br>**PO BOX 93040**<br>**CHICAGO, IL 60673-3040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,129.19 |
|---|---|---|---|
| | **PITNEY BOWES GLOBAL FINANCIAL**<br>**SERVICES LLC**<br>**P.O.BOX 371887**<br>**PITTSBURGH, PA 15250-7887** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:16-bk-03318    Doc 13    Filed 05/25/16    Entered 05/25/16 16:54:24    Desc Main
Document     Page 22 of 32

| Debtor | Vanguard of Memphis, LLC | Case number *(if known)* | **3:16-bk-03318** |
|---|---|---|---|
| | Name | | |

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,126.52** |

POINTCLICKCARE
PO BOX 674802
DETROIT, MI 48267-4802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$690.00** |

PROVIDIGM LLC
DEPT CH 19808
PALATINE, IL 60055-9808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,009.05** |

QUALITY MOBILE X-RAY SERVICES INC
P.O. BOX 110359
NASHVILLE, TN 37222-0359

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,515.36** |

RECALL SECURE DESTRUCTION INC
15311 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0100

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,686.14** |

RECOVER CARE
KEY BANK-LOCKBOX #713222
895 CENTRAL AVE
CINCINNATI, OH 45202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$928.65** |

RIDGE LAKE AMBULATORY SURGERY
CENTER PLL
825 RIDGE LAKE
MEMPHIS, TN 38120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$260.00** |

ROBINSON AND ASSOCIATES PC
DBA OCCUMED
PO BOX 1000
MEMPHIS, TN 38148-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanguard of Memphis, LLC** | Case number (if known) | **3:16-bk-03318** |
|---|---|---|---|
| | Name | | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.02 |
|---|---|---|---|

**S & S WORLDWIDE**
**ACCOUNTS RECEIVABLE**
**PO BOX 210**
**HARTFORD, CT 06141-0210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.53 |
|---|---|---|---|

**SEMMES-MURPHEY CLINIC**
**PO BOX 1000 DEPT 575**
**MEMPHIS, TN 38148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.92 |
|---|---|---|---|

**SHERWIN WILLIAMS 7367**
**1601-D FRONTAGE ROAD**
**VICKSBURG, MS 39180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Shirley Roberts**
**c/o Jehl Law Group PLLC**
**5400 Poplar Ave., Ste 250**
**Memphis, TN 38119**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Personal Injury Claims

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,482.05 |
|---|---|---|---|

**SIMPLEX GRINNELL**
**DEPT CH 10320**
**PALANTINE, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,557.09 |
|---|---|---|---|

**STANLEY CONVERGENT SECURITY**
**SOLUTIONS**
**DEPT CH 10651**
**PALATINE, IL 60055-0651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,458.13 |
|---|---|---|---|

**STAPLES BUSINESS ADVANTAGE**
**DEPT DAL**
**PO BOX 83689**
**CHICAGO, IL 60696-3689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Vanguard of Memphis, LLC** | Case number (if known) | **3:16-bk-03318** |
|---|---|---|---|
| | Name | | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen C. Messick, Est. of Claud T. Mes**
**c/o Cameron Jehl, Jehl Law Grp, LLC**
**5400 Poplar Ave., Ste. 250**
**Memphis, TN 38119**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Personal Injury Claims**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,261.34 |
|---|---|---|---|

**SUWANNEE MEDICAL PERSONNEL**
**817 N.W. 56TH TERRACE**
**SUITE A**
**GAINSVILLE, FL 32605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,481.69 |
|---|---|---|---|

**SYSCO-MEMPHIS**
**4359 B F GOODRICH BLVD**
**MEMPHIS, TN 38118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,623.11 |
|---|---|---|---|

**THINK A NEW**
**PO BOX 669**
**MADISON, MS 39130-0669**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $681.33 |
|---|---|---|---|

**TIGERDIRECT**
**PO BOX 935313**
**ATLANTA, GA 31193-5313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,594.04 |
|---|---|---|---|

**TRANE**
**PO BOX 406469**
**ATLANTA, GA 30384-6469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,468.15 |
|---|---|---|---|

**U.S. FOOD SERVICE**
**209 10TH AVE SOUTH STE 525**
**NASHVILLE, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Case 3:16-bk-03318    Doc 13    Filed 05/25/16    Entered 05/25/16 16:54:24    Desc Main
Document      Page 25 of 32

| Debtor | **Vanguard of Memphis, LLC** | Case number (if known) | **3:16-bk-03318** |
|---|---|---|---|
| | Name | | |

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$185.00**

**UNITED ELEVATOR SERVICES , LLC**
P.O. BOX 1301
KNOXVILLE, TN 37901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,977.10**

**UPCHURCH INDUSTRIAL**
6923 PASADENA DRIVE
HORN LAKE, MS 38637

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$246.71**

**UT MEDICAL GROUP INC**
DEPT 156 PO BOX 357
MEMPHIS, TN 38101-0357

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39.00**

**VERIZON**
PO Box 660108
Dallas, TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Walter Nelson, Estate of Joyce Nelson**
c/o Les Jones, Burch Porter & Johnson
130 N. Court Avenue
Memphis, TN 38103

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Personal Injury Claims**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,148.93**

**WEST CLINIC PC**
P.O. BOX 240728
MEMPHIS, TN 38124-0728

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,348.15**

**WHITE HEAD OIL CO. INC.**
1221 RIVERSIDE BLVD
MEMPHIS, TN 38106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Vanguard of Memphis, LLC** | Case number (if known) | **3:16-bk-03318** |
|---|---|---|---|
| | Name | | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |
|---|---|---|---|

**YULETIDE OFFICE SUPPLY INC**
**1245 SYCAMORE VIEW ROAD**
**MEMPHIS, TN 38134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 239,773.76 |
| 5b. Total claims from Part 2 | 5b. + | $ | 865,507.49 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 1,105,281.25 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Vanguard of Memphis, LLC** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | **3:16-bk-03318** |

☐ Check if this is an
amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | **Ashland Properties 91, LP** | **6 Cadillac Drive Suite 310 Brentwood, TN 37027** | **Healthcare Financial Solutions, LLC** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.2 | **Aurora Australis, LLC** | **6 Cadillac Drive Ste 310 Brentwood, TN 37027** | **Healthcare Financial Solutions, LLC** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.3 | **Boulevard Terrace, LLC** | **6 Cadillac Drive Ste 310 Brentwood, TN 37027** | **Healthcare Financial Solutions, LLC** | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.4 | **Church Hill Properties, LLC** | **6 Cadillac Drive Suite 310 Brentwood, TN 37027** | **Healthcare Financial Solutions, LLC** | ☐ D ____ ☐ E/F ____ ☐ G ____ |

Case 3:16-bk-03318    Doc 13    Filed 05/25/16    Entered 05/25/16 16:54:24    Desc Main
Document    Page 28 of 32

| Debtor | **Vanguard of Memphis, LLC** | Case number *(if known)* | **3:16-bk-03318** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.5 | **Eldercare of Jackson County, LLC** | **6 Cadillac Drive Ste 310 Brentwood, TN 37027** | **Healthcare Financial Solutions, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.6 | **Elderscript Services, LLC** | **6 Cadillac Drive Ste 310 Brentwood, TN 37027** | **Healthcare Financial Solutions, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.7 | **FL SNF Holdco, LLC** | **6 Cadillac Drive Ste 310 Brentwood, TN 37027** | **Healthcare Financial Solutions, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Glen Oaks, LLC** | **6 Cadillac Drive Ste 310 Brentwood, TN 37027** | **Healthcare Financial Solutions, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.9 | **GMJ LLP** | **6 Cadillac Drive Suite 310 Brentwood, TN 37027** | **Healthcare Financial Solutions, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.10 | **GSJ LLP** | **6 Cadillac Drive Suite 310 Brentwood, TN 37027** | **Healthcare Financial Solutions, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.11 | **HKJ Enterprise Partnership Ltd., LLP** | **6 Cadillac Drive Suite 310 Brentwood, TN 37027** | **Healthcare Financial Solutions, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

Debtor **Vanguard of Memphis, LLC**　　　Case number *(if known)* **3:16-bk-03318**

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** 　　　　*Column 2:* **Creditor**

2.12 **Imperial Gardens Health and Rehab., LLC** — 6 Cadillac Drive Ste 310 Brentwood, TN 37027 — **Healthcare Financial Solutions, LLC** — ☐ D ____ ☐ E/F ____ ☐ G ____

2.13 **Manchester Properties 2010, LLC** — 6 Cadillac Drive Suite 310 Brentwood, TN 37027 — **Healthcare Financial Solutions, LLC** — ☐ D ____ ☐ E/F ____ ☐ G ____

2.14 **Palace RBS, LLC** — 6 Cadillac Drive Ste 310 Brentwood, TN 37027 — **Healthcare Financial Solutions, LLC** — ☐ D ____ ☐ E/F ____ ☐ G ____

2.15 **Ripley Properties 91, LP** — 6 Cadillac Drive Suite 310 Brentwood, TN 37027 — **Healthcare Financial Solutions, LLC** — ☐ D ____ ☐ E/F ____ ☐ G ____

2.16 **Shady Lawn, LLC** — 6 Cadillac Drive Ste 310 Brentwood, TN 37027 — **Healthcare Financial Solutions, LLC** — ☐ D ____ ☐ E/F ____ ☐ G ____

2.17 **TMJ LLP** — 6 Cadillac Drive Suite 310 Brentwood, TN 37027 — **Healthcare Financial Solutions, LLC** — ☐ D ____ ☐ E/F ____ ☐ G ____

2.18 **Vanguard Healthcare, LLC** — 6 Cadillac Drive Ste 310 Brentwood, TN 37027 — **Healthcare Financial Solutions, LLC** — ☐ D ____ ☐ E/F ____ ☐ G ____

Debtor  **Vanguard of Memphis, LLC**                                   Case number *(if known)*  **3:16-bk-03318**

| | | |
|---|---|---|
| ▮ | **Additional Page to List More Codebtors** | |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**           *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.19 | **Vanguard of Ashland, LLC** | 6 Cadillac Drive<br>Ste 310<br>Brentwood, TN 37027 | **Healthcare Financial Solutions, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **Vanguard of Church Hill, LLC** | 6 Cadillac Drive<br>Ste 310<br>Brentwood, TN 37027 | **Healthcare Financial Solutions, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Vanguard of Crest View, LLC** | 6 Cadillac Drive<br>Ste 310<br>Brentwood, TN 37027 | **Healthcare Financial Solutions, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.22 | **Vanguard of Manchester, LLC** | 6 Cadillac Drive<br>Ste 310<br>Brentwood, TN 37027 | **Healthcare Financial Solutions, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **Vanguard of Ripley, LLC** | 6 Cadillac Drive<br>Ste 310<br>Brentwood, TN 37027 | **Healthcare Financial Solutions, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Vicksburg Convalescent, LLC** | 6 Cadillac Drive<br>Ste 310<br>Brentwood, TN 37027 | **Healthcare Financial Solutions, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **Vicksburg PropCo, LLC** | 6 Cadillac Drive<br>Suite 310<br>Brentwood, TN 37027 | **Healthcare Financial Solutions, LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Vanguard of Memphis, LLC**            Case number *(if known)*    **3:16-bk-03318**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.26 | **Whitehall of Boca Raton, LLC** | **6 Cadillac Drive Ste 310 Brentwood, TN 37027** | **Healthcare Financial Solutions, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.27 | **Whitehall OpCo, LLC** | **6 Cadillac Drive Ste 310 Brentwood, TN 37027** | **Healthcare Financial Solutions, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.28 | **WHJ LLP** | **6 Cadillac Drive Suite 310 Brentwood, TN 37027** | **Healthcare Financial Solutions, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |