# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| VANGUARD OF MEMPHIS LLC | ) | Case No. 16-03318 |
| | ) | Chapter 11 |
| 9020 Overlook Blvd., Suite 202 | ) | Judge Mashburn |
| Brentwood, TN 37027 | ) | |
| Debtor. | ) | |
| | ) | |

_____

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: May 16, 2018.**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: May 29, 2018 at 9:00am, Courtroom One, Second Floor, Customs House, 701 Broadway, Nashville, Tennessee, 37203**

_____

## NOTICE OF AGREED ORDER ALLOWING FEES OF
## MED HEALTHCARE PARTNERS, LLC, MAJESTIC REALTY LLC, AND
## MAJESTIC OPERATIONS LLC

Notice is hereby provided of a proposed Agreed Order Allowing Fees and Expenses of Med Healthcare Partners, LLC, Majestic Realty LLC, And Majestic Operations LLC

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to enter the attached order, or if you want the court to consider your views on the order, then on or before **May 16, 2018**, you or your attorney must:

1. File with the court your written response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTIONS YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT https://ecf.tnmb.uscourts.gov**.

If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday – Friday, 8:00 a.m. – 4:00 p.m.).

2. Your response must state the deadline for filing responses, the date of the scheduled hearing**,** and the motion to which you are responding.

3. If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed viewing the case on the Court's web site at <www.tnmb.uscourts.gov>.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Respectfully Submitted:

*/s/ William L. Norton, III*
William L. Norton III
James B. Bailey (*pro hac vice*)
Bradley Arant Boult Cummings LLP
1600 Division St., Suite 700
Nashville, TN 37203
(615) 252-2397
(615)252-6397 (fax)
bnorton@bradley.com
jbailey@bradley.com

Attorneys for Debtors

Certificate of Service

The undersigned hereby certifies that on the 25th day of April, 2018, the foregoing document was automatically served via the Courts electronic filing system to those parties registered to receive electronic filings in this case.

*/s/ William L. Norton III*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| VANGUARD OF MEMPHIS LLC ) | Case No. 16-03318 |
| ) | Chapter 11 |
| 9020 Overlook Blvd., Suite 202 ) | Judge Mashburn |
| Brentwood, TN 37027 ) | |
| Debtor. ) | |

## AGREED ORDER ALLOWING FEES OF MED HEALTHCARE PARTNERS, LLC, MAJESTIC REALTY LLC, AND MAJESTIC OPERATIONS LLC

It appearing to the satisfaction of the Court upon the signatures of counsel for Vanguard of Memphis, LLC and MED Healthcare Partners, LLC, Majestic Realty LLC, and Majestic Operations LLC (collectively "Movants") that by *Order Granting Motion of MED Healthcare Partners, LLC, Majestic Realty LLC, and Majestic Operations LLC for Payments of Chapter 11 Administrative Expense Claim* entered April 11, 2018 that the Movants were entitled to payment of reasonable fees and expenses regarding their motion for the payment of an administrative expense and that the Debtor has agreed to the payment of fees and expenses in the aggregate amount of $12,643.17, and it further appearing that the Movants have agreed to reduce the accrued fees and expenses of its counsel Dentons US LLP and Manier & Herod, PC to this amount and that such fees and expenses are reasonable and should be allowed to be paid as an administrative expense in this case, it is

ORDERED that MED Healthcare Partners, LLC, Majestic Realty LLC, and Majestic Operations LLC are allowed attorney fees and expenses in the amount of $12,643.17, of which $1,006.50 is payable to Manier & Herod, PC and $11,636.67 is payable to Dentons US LLP. The Debtor shall pay these expenses from the proceeds of the sale of its assets within three (3) business days of the entry of this Agreed Order.

**This Order Was Signed And Entered Electronically As Indicated At The Top Of The First Page**

APPROVED FOR ENTRY:

*/s/ William L. Norton III*
William L. Norton III (TN 10075)
James B. Bailey (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS
1600 Division Street, Suite 700
Nashville, Tennessee 37203
(615) 252-2397
bnorton@bradley.com
jbailey@bradley.com
*Attorneys for Debtor*


*/s/ Robert W. Miller*
Robert W. Miller
Tennessee Bar No. 31918
MANIER & HEROD, PC
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
Telephone: (615) 244-0030
Facsimile: (615) 242-4203
rmiller@manierherod.com
*Attorneys for Movants*