Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 5/17/2018

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| VANGUARD OF MEMPHIS LLC ) | Case No. 16-03318 |
| ) | Chapter 11 |
| 9020 Overlook Blvd., Suite 202 ) | Judge Mashburn |
| Brentwood, TN 37027 ) | |
| Debtor. ) | |

### AGREED ORDER ALLOWING FEES OF MED HEALTHCARE PARTNERS, LLC, MAJESTIC REALTY LLC, AND MAJESTIC OPERATIONS LLC

It appearing to the satisfaction of the Court upon the signatures of counsel for Vanguard of Memphis, LLC and MED Healthcare Partners, LLC, Majestic Realty LLC, and Majestic Operations LLC (collectively "Movants") that by *Order Granting Motion of MED Healthcare Partners, LLC, Majestic Realty LLC, and Majestic Operations LLC for Payments of Chapter 11 Administrative Expense Claim* entered April 11, 2018 that the Movants were entitled to payment of reasonable fees and expenses regarding their motion for the payment of an administrative expense and that the Debtor has agreed to the payment of fees and expenses in the aggregate amount of $12,643.17, and it further appearing that the Movants have agreed to reduce the accrued fees and expenses of its counsel Dentons US LLP and Manier & Herod, PC to this amount and that such fees and expenses are reasonable and should be allowed to be paid as an administrative expense in this case, it is

ORDERED that MED Healthcare Partners, LLC, Majestic Realty LLC, and Majestic Operations LLC are allowed attorney fees and expenses in the amount of $12,643.17, of which $1,006.50 is payable to Manier & Herod, PC and $11,636.67 is payable to Dentons US LLP. The Debtor shall pay these expenses from the proceeds of the sale of its assets within three (3) business days of the entry of this Agreed Order.

**This Order Was Signed And Entered Electronically As Indicated At The Top Of The First Page**

APPROVED FOR ENTRY:

*/s/ William L. Norton III*
William L. Norton III (TN 10075)
James B. Bailey (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS
1600 Division Street, Suite 700
Nashville, Tennessee 37203
(615) 252-2397
bnorton@bradley.com
jbailey@bradley.com
*Attorneys for Debtor*


*/s/ Robert W. Miller*_____
Robert W. Miller
Tennessee Bar No. 31918
MANIER & HEROD, PC
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
Telephone: (615) 244-0030
Facsimile: (615) 242-4203
rmiller@manierherod.com
*Attorneys for Movants*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.